UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80716-CIV-DIMITROULEAS/ROSENBAUM

ANA MARIA VALLETTA, on her own behalf
and others similarly situated,

        Plaintiff,

v.

INTERSTATE TITLE SOLUTIONS, INC.,
a Florida corporation, and MARLONE CARIAS,
individually,

        Defendants.
_____/

## **ORDER**

This matter comes before the Court upon Plaintiff's Motion to Compel Interstate Title Solutions, Inc., to Respond to Plaintiff's First Set of Interrogatories, First Request for Production of Documents, and First Request for Admissions [D.E. 14]. The Court notes that the discovery cut-off in this case is set for January 23, 2009. Further, Plaintiff alleges in her Motion that despite extensions of time provided by Plaintiff, Defendants have failed to respond to discovery originally due November 3, 2008. In view of the upcoming discovery deadline and Plaintiff's allegations, the Court finds good cause to expedite the briefing schedule in this matter.

Therefore, it is hereby **ORDERED AND ADJUDGED** that Defendants shall file a response to Plaintiff's Motion to Compel Interstate Title Solutions, Inc., to Respond to Plaintiff's First Set of Interrogatories, First Request for Production of Documents, and First Request for Admissions by **5:00 p.m., Wednesday, January 7, 2009**. This filing shall include a response to Plaintiff's

substantive Motion, as well as to Plaintiff's request for attorney's fees incurred in association with filing the Motion.  Should Plaintiff so choose, it may file a reply by **5:00 p.m., Friday, January 9, 2009**.

      **DONE AND ORDERED** this 30th day of December, 2008.

                                          _____
                                          ROBIN S. ROSENBAUM
                                          UNITED STATES MAGISTRATE JUDGE

cc:      Hon. William P. Dimitrouleas
          Counsel of Record